[No. 7,839.—Department Two.]

<span style="float:right">| 58  361|<br>|110  66|</span>

## L. MUIR v. THE SUPERIOR COURT OF CONTRA COSTA COUNTY.

CERTIORARI — JURISDICTION — CONTEMPT — FORMER ADJUDICATION.—Upon a proceeding against a party for contempt. the defense was a former adjudication of the same matter, but the Court adjudged the party guilty. *Held*, That the defense did not go to the jurisdiction of the Court, and that the ruling could not be reviewed upon certiorari.

. APPLICATION for writ of certiorari.

*C. Temple Emmett*, for Plaintiff.

*A. H. Griffith*, for Defendant.

The COURT:

The defense of a former adjudication does not go to the jurisdiction of the Court. In this case, when the question whether the contempt charged had been before adjudicated was raised, the Court had the same power to pass upon it as it had to pass upon any other question in the case, and if it erred in holding that there was no such former adjudication as claimed, the error can not be reviewed upon certiorari. That writ lies only in cases where the inferior Court has exceeded its jurisdiction. (Code Civ. Proc. § 1068.)

Writ dismissed.